UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHY SWAFFORD, <br> RICK WOEHLECKE individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL TRI-AXLE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  No. 1:17-cv-00278-DLP-TWP <br> ) <br> ) <br> ) <br> ) |

**ORDER APPROVING SETTLEMENT**

On May 21, 2018, the parties appeared in person and by counsel for a Court-supervised settlement conference.  On July 3, 2018, the parties, by counsel, participated in a telephonic status conference and requested the Court approve the terms of settlement as required by the Fair Labor Standards Act.  The Court, being familiar with the terms of the settlement, determines that the settlement of this litigation is fair and reasonable, including the formula for determining the amounts paid to the Named Plaintiffs and the Opt-In Plaintiffs, as well as the fees and reimbursement of costs paid to their attorneys.  Accordingly, the Court hereby approves the settlement.

So ORDERED.

Date: 7/11/2018

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.