UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHY SWAFFORD, <br> RICK WOEHLECKE individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL TRI-AXLE INC., <br><br> Defendant. | No. 1:17-cv-00278-DLP-TWP |

**ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL**

The Court hereby acknowledges the parties' Stipulation of Dismissal [Dkt. 70], dismissing, with prejudice, the claims brought by Cathy Swafford and Rick Woehlecke, individually and on behalf of others similarly situated, against Central Tri-Axle Inc., with each party to bear its own fees and costs. The Clerk is directed to close this matter.

So ORDERED.

Date: 9/26/2018

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email